IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:

| | | |
|---|---|---|
| Dorothy Carter | ) | Bk. Case No. 08-10899BLS |
| | ) | |
| Debtor(s). | ) | Chapter 13 |

## APPLICATION TO PAY UNCLAIMED FUNDS INTO THE COURT

Michael B. Joseph, Chapter 13 Trustee, respectfully represents as follows:

1. The Debtor's case was dismissed March 19, 2009.

2. The Trustee's accounting reflects that a refund balance remains in the Debtor's account in the amount of Thirteen Dollars Fifty Five Cents ($13.55). There has not been any response to mail sent to the Debtor(s) at 54 S. Railroad Ave, Farmington, DE 19950.

3. Such a Balance represents unclaimed property for which the Trustee requests permission to pay into the Court and to be disposed of under Chapter 129 of Title 28.

WHEREFORE, Michael B. Joseph, Chapter 13 Trustee, respectfully requests that the Court permit the Debtor's refund of Thirteen Dollars and Fifty Five Cents ($13.55), be paid to the Clerk for deposit to the Treasury in accordance with Chapter 129 of 28 U.S.C..

S/Michael B. Joseph
Michael B. Joseph, Esquire
824 Market Street
P.O. Box 1350
Wilmington, DE 19899-1350

Date:February 2, 2010

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:

| | |
|---|---|
| Dorothy Carter | ) Bk. Case No. 08-10899BLS |
| | ) |
| | ) Chapter 13 |

ORDER TO PAY UNCLAIMED FUNDS TO COURT

**IT IS ORDERED** that the Trustee shall pay unclaimed funds, as states in the foregoing Motion, in the amount of $13.55, representing a refund to the Debtor to the Clerk, United States Bankruptcy Court for the District of Delaware.

_____
United States Bankruptcy Judge

Dated this          day of        , 2010.

ATTORNEY'S CERTIFICATE OF SERVICE

     I, Michael B. Joseph, Esquire, Chapter 13 Trustee, do hereby certify that on February 2, 2010 I caused a copy of the within motion to be served on the following:

UNITED STATES MAIL, POSTAGE PAID
Dorothy Carter
54 S. Railroad Avenue
Farmington, DE 19950
Debtor(s)

Stephan J. Holfeld, Esquire
107 S. Main Street
Camden, DE 19934
Attorney for Debtor

                                            S/Michael B. Joseph
                                            Michael B. Joseph, Trustee